FILED
COUNTY CLERK
2017 DEC 22  AM 10: 29
WHATCOM COUNTY
WASHINGTON
BY_____

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF WHATCOM

| | |
|---|---|
| RAMIRO HUACUJA-TELLEZ and ROSA ELIA HUACUJA-DAROCIO, as husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST RECYCLING, INC., a Washington Corporation;<br><br>Defendant. | NO. 17 2 02455 37<br><br>**COMPLAINT**<br><br>Ira Uhrig |

COMES NOW the Plaintiff, Ramiro Huacuja-Tellez, by and through his attorney, and by way of cause of action against the Defendant, complains and alleges as follows:

### I. PARTIES

1.1   Plaintiff Ramiro Huacuja-Tellez is a resident of Whatcom County, Washington.

1.2   Defendant Northwest Recycling, Inc. is a Washington Corporation doing business in Whatcom County, Washington.

Complaint -- 1





BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360 752 1500 | F 360 752 1500

## II. JURISDICTION AND VENUE

2.1     Plaintiff hereby incorporates and re-alleges all allegations as previously stated.

2.2     Jurisdiction and Venue are proper because all events material to this complaint took place in Whatcom County, Washington, and it is believed all parties are residents of Whatcom County, and/or principal place of doing business is in Whatcom County, WA.

2.3     Plaintiff alleges federal claims against the Defendant under Title VII of the Civil Rights Act of 1964 as amended 42 USC 2000e, et seq.

2.4     Plaintiff alleges state law claims against the Defendant pursuant to RCW 49.60 et seq. and WAC 162-30-020. (Washington Laws Against Discrimination).

2.5     Plaintiff filed a timely complaint with the US Equal Employment Opportunity Commission (EEOC) and received a Notice of Right to Sue as a prerequisite to commencement of a lawsuit alleging Title VII violations. This action was commenced within the time period required under federal civil rights law.

## III. FACTUAL ALLEGATIONS

3.1     Plaintiff hereby incorporates and re-alleges all allegations as previously stated.

3.2     It is believed that Plaintiff Ramiro Huacuja-Tellez was hired by Northwest Recycling, Inc. around 2001.

3.3     In or around 2014, Plaintiff suffered an on-the-job injury and was under the care of the Washington State Department of Labor and Industries.

3.4     On or about March, 2016, Plaintiff, with physical limitations, was capable of doing "light-duty" and went back to work at Northwest Recycling.

Complaint -- 2



BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

3.5  On returning to work, Plaintiff was treated with reservation and hostility by his employers for doing "light duty" work.

3.6  On or about February 16, 2017, Plaintiff was released from light duty even though he was still experiencing some symptoms from his injury. He spoke to his supervisor and requested that he be kept at his light duty position.

3.7  There were several jobs at the company that the Plaintiff was capable of performing.

3.8  On March 10, 2017, Defendant notified Plaintiff that his position was being eliminated, and terminated Plaintiff's employment.

3.9  At the time of Plaintiff's termination, there were open employment positions that Plaintiff was willing and able to perform within Northwest Recycling, Inc. Defendant refused to allow Plaintiff to fill those positions.

3.10  At the time of termination, Plaintiff was earning $16.00 per hour and had additional benefits.

3.11  Plaintiff believes and therefore alleges, that his termination was motivated by the fact that he had suffered an on the job injury and was perceived as being weak and handicapped.

## FIRST CAUSE OF ACTION

### IV. DISABILITY DICRIMINATION AND RETALIATION UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AS AMENDED 42 USC 20002, ET SEQ

4.1  Plaintiff hereby incorporates and re-alleges all allegations as previously stated.

4.2  The conduct of Defendant constitutes disability discrimination, in violation of Title VII of the Civil Rights Act of 1964 as amended 42 USC 2000e, et. Seq.

Complaint -- 3



BurlFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

4.3     The defendant had an employment position that plaintiff could perform with reasonable accommodations.

4.4     Defendant knew, or should have known, that Plaintiff was still suffering symptoms from his on-the-job injury, and that he had requested the reasonable accommodation of remaining at his light duty position, with a gradual return to heavier duties, as his health would allow.

4.5     As a direct and proximate result of defendant's refusal to accommodate the plaintiff's disabilities, his employment was terminated.

4.6.    Termination of plaintiff's employment has caused plaintiff general and special damages, including but not limited to lost wages, and dignitary losses such as humiliation and mental anguish in an amount to be proven at trial.

## V. SECOND CAUSE OF ACTION: DISABILITY DISCRIMINATION AND RETALIATION UNDER RCW 49.60 ET SEQ.

### (WASHINGTON LAW AGAINST DISCRIMINATION)

5.1     Plaintiff hereby incorporates and re-alleges all allegations as previously stated.

5.2     The conduct of the defendants constitutes disability discrimination, violates RCW 49.60 *et seq.* (Washington Law Against Discrimination).

5.3     The defendant had a position that plaintiff could perform with reasonable accommodations.

5.4     Defendant knew, or should have known, that Plaintiff was still suffering symptoms from his on-the-job injury, and that he had requested the reasonable accommodation of remaining at his light duty position, with a gradual return to heavier duties, as his health would allow.

Complaint -- 4



BURiFUNSTON MUMFORD
attorneys@law
BurlFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

5.5   As a direct and proximate result of defendant's failure to accommodate the plaintiff's disabilities his employment was terminated.

5.6   Termination of plaintiff's employment has caused plaintiff general and special damages, including but not limited to lost wages, and dignitary losses such as humiliation and mental anguish in an amount to be proven at trial.

## VI. THIRD CAUSE OF ACTION: RETALIATION FOR FILING AN INDUSTRIAL INSURANCE CLAIM

6.1.   Plaintiff hereby incorporates and re-alleges all allegations as previously stated.

6.2   The fact that the plaintiff filed an industrial insurance claim was a substantial factor in the decision to eliminate his position, which is contrary to law and public policy.

6.3   Termination of plaintiff's employment has caused plaintiff general and special damages, including but not limited to lost wages, and dignitary losses such as humiliation and mental anguish in an amount to be proven at trial.

## VI. PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for the following relief:

7.1   For Judgment against the Defendants, jointly and severally for compensatory damages and for all losses: past, present, and future.

7.2   For an award of prejudgment interest, and for an enhanced award for federal tax consequences to make Plaintiff whole.

7.3   For punitive damages to be assessed against Defendants as provided by law.

7.4   That Plaintiff be awarded all costs and attorneys' fees incurred for this action as allowed under state and federal law.

Complaint -- 5



BurlFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

7.5   That Plaintiff be awarded such other and further relief as this Court may deem just and proper.

DATED this 22nd day of December, 2017.

BURI FUNSTON MUMFORD ATTORNEYS, PLLC

By: _____
Tom Mumford, WSBA #28652
Attorney for Plaintiff

Complaint -- 6

BURiFUNSTON MUMFORD
attorneys@law

BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502