1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMIRO HUACUJA-TELLEZ, et al., | CASE NO. C18-85-MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NORTHWEST RECYCLING, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Attorney Michael T. Mumford's Motion for Leave to Withdraw as Counsel. (Dkt. No. 10.) The Court hereby GRANTS the Motion, with withdrawal to be effective as of the date of this order. The Court is willing to entertain a separate motion to extend the existing case deadlines should the parties choose to bring one at a later date.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 24, 2018.

                William M. McCool
                Clerk of Court

                s/Paula McNabb
                Deputy Clerk